RECEIVED
MAR 2 2 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| ISAAC HENDRIX, SR., as Personal Representative of the Estate of Essie Mae Hendrix, deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NUMBER: CV-06-390 ) ) |
| MERCK & CO., INC.; LEON CASALS, M.D.; and A-R, | ) ) ) |
| Defendants. | ) |

### NOTICE OF FILING NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(d), Defendant Merck & Co. ("Defendant"), Inc. hereby gives notice to the Circuit Court of Montgomery County, Alabama, and to counsel for the Plaintiff, this Plaintiff being the only adverse party, that Defendant has today filed a Notice of Removal with the United States District Court for the Middle District of Alabama, Northern Division, and that this case has been removed to that Court. Attached is a copy of the Notice of Removal.

Dated this 22ND day of March 2006.

*/s/ George R. Parker*
Philip H. Butler (BUTL1716)
William C. McGowin (MCGOW6770)
George R. Parker (PARKG2248)
BRADLEY ARANT ROSE & WHITE LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
E-mail: pbutler@bradleyarant.com
wmcgowin@bradleyarant.com
gparker@bradleyarant.com

Attorneys for Defendant Merck & Co., Inc.


EXHIBIT I

CERTIFICATE OF SERVICE

I hereby certify that I have this date served the above and foregoing on:

Tom Dutton
Pittman Hooks Dutton Kirby & Hellums, P.C.
2001 Park Place North
1100 Park Place Tower
Birmingham, Alabama 35203

Randal H. Sellers
Starnes & Atchison, LLP
Seventh Floor, 100 Brookwood Place
Post Office Box 598512
Birmingham, Alabama 35259-8512

by placing copies of same in the United States Mail, first-class postage prepaid and addressed to his regular mailing address, on this __22__ day of March, 2006.

Respectfully submitted,

_____
Philip H. Butler (BUTL1716)
William C. McGowin (MCGOW6770)
George R. Parker (PARKG2248)
BRADLEY ARANT ROSE & WHITE LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
E-mail: pbutler@bradleyarant.com
        wmcgowin@bradleyarant.com
        gparker@bradleyarant.com

Attorneys for Defendant Merck & Co., Inc.