UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAR 22 P 1: 56

| | |
|---|---|
| ISAAC HENDRIX, SR., As Personal Representative of the Estate of Essie Mae Hendrix, deceased, <br><br> Plaintiff, <br><br> v. <br><br> MERCK & CO., INC., LEON CASALS, M.D., and Fictitious Defendants A-R <br><br> Defendants. | CASE NO.: 2:06cv265-SRW |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for defendant Merck & Co., Inc. certify that Merck & Co., Inc. has no parent companies and that they are not aware of any corporation that owns more than ten percent of its common stock.

*[signature]*

Philip H. Butler (BUTL1716)
William C. McGowin (MCGOW6770)
George R. Parker (PARKG2248)
BRADLEY ARANT ROSE & WHITE LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
E-mail: pbutler@bradleyarant.com
   wmcgowin@bradleyarant.com
   gparker@bradleyarant.com

Fred M. Haston, III (HAS012)
Anne Marie Seibel (SEI009)
F. Wendell Allen (ALL058)
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
E-mail: thaston@bradleyarant.com
   aseibel@bradleyarant.com
   wallen@bradleyarant.com

Attorneys for Defendant Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the above and foregoing on:

    Tom Dutton
    Pittman Hooks Dutton Kirby & Hellums, P.C.
    2001 Park Place North
    1100 Park Place Tower
    Birmingham, Alabama 35203

    Randal H. Sellers
    Starnes & Atchison, LLP
    Seventh Floor, 100 Brookwood Place
    Post Office Box 598512
    Birmingham, Alabama 35259-8512

by placing copies of same in the United States Mail, first-class postage prepaid and addressed to their regular mailing address, on this 22 day of March, 2006.

    Respectfully submitted,

    _____
    Philip H. Butler (BUTL1716)
    William C. McGowin (MCGOW6770)
    George R. Parker (PARKG2248)
    BRADLEY ARANT ROSE & WHITE LLP
    The Alabama Center for Commerce
    401 Adams Avenue, Suite 780
    Montgomery, AL 36104
    Telephone: (334) 956-7700
    Facsimile: (334) 956-7701
    E-mail: pbutler@bradleyarant.com
           wmcgowin@bradleyarant.com