IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ISAAC HENDRIX, SR., As Personal Representative of the Estate of Essie Mae Hendrix, deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| MERCK & CO., INC., et al., | ) ) ) |
| Defendants. | ) |

CIVIL ACTION NO. 2:06cv265-SRW

## **ORDER**

Upon consideration of defendant Merck & Co.'s motion to stay litigation (Doc. # 5), filed March 22, 2006, and for good cause, it is

ORDERED that plaintiff file a response to the motion on or before April 11, 2006.

Done, this 28th day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE