IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ISAAC HENDRIX, SR., as Personal Representative of the Estate of Essie Mae Hendrix, deceased, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CIVIL ACTION NUMBER<br>) |
| MERCK & CO., INC., et al., | ) 2:06-cv-265<br>) |
| Defendants. | ) |

**<u>NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL</u>**

COMES NOW the undersigned attorney, Elisabeth French and hereby files her notice of appearance as additional counsel for the Plaintiff, Isaac Hendrix, Sr., as Personal Representative of the Estate of Essie Mae Hendrix, deceased, in the above-styled action.

Respectfully submitted,

/s/ Elisabeth French
Elisabeth French (ASB-3527-T81E)
Attorney for Plaintiff

OF COUNSEL:
PITTMAN, HOOKS, DUTTON, KIRBY & HELLUMS, P.C.
2001 Park Place North
Ste. 1100
Birmingham, Alabama 35203
(205)322-8880
(205)328-2711 (fax)

# CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of March, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys of records:

Philip H. Butler, Esq.
William C. McGowan, Esq.
George R. Parker, Esq.
BRADLEY, ARANT, ROSE & WHITE, LLP.
The Alabama Center of Commerce
401 Adams Avenue, Ste. 780
Montgomery, Alabama 36104

Fred M. Haston, III, Esq.
Anne Marie Seibel, Esq.
F. Wendell Allen, Esq.
Bradley, Arant, Rose & White, LLP.
One Federal Place
1819 5th Avenue North
Birmingham, Alabama 35203-2119

Randal H. Sellers, Esq.
Starnes & Atchison, LLP.
Seventh Floor, 100 Brookwood Place
P. O. Box 598512
Birmingham, Alabama 35259-8512

/s/ Elisabeth French
Of Counsel