UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ISAAC HENDRIX, SR., as Personal Representative of the Estate of ESSIE MAE HENDRIX, deceased, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NO.: 2:06 CV 265-W ) |
| LEON CASALS, M.D., et al., | ) ) ) |
| Defendants. | |

## MOTION TO DISMISS PURSUANT TO RULE 54(b)

COMES NOW the defendant, **LEON CASALS, M.D.**, and files this response to the removal of this case to Federal Court by co-defendant Merck & Company, Inc. ("Merck").

Dr. Casals moves this Court to dismiss plaintiffs' claims against him, thereby dismissing Dr. Casals from this lawsuit, pursuant to Federal Rules of Civil Procedure 54(b). As grounds for this motion, Dr. Casals shows unto the Court the following:

1. In Merck's Notice of Removal, they argue that Dr. Casals has been fraudulently joined as a defendant in this lawsuit simply to defeat diversity jurisdiction. (Notice of Removal, pp. 4-10). According to Merck's Notice of Removal: "There is complete diversity in this case because the purportedly non-diverse Physician Defendant has been fraudulently joined." (Notice of Removal, p. 4). The Notice of Removal goes on to state that "'there is no possibility that the plaintiff[s] can prove a cause of action

{B0583599}

against the resident (non-diverse)' defendant." (Notice of Removal, p. 4). The Notice of Removal claims that the defendant physician is fraudulently joined because the allegations in the plaintiff's Complaint are "conclusory" and "are contradicted by specific allegations that the manufacturer defendant concealed information from the general public, including healthcare providers." (Notice of Removal, p. 4).

2. This defendant physician agrees with, adopts and incorporates by reference herein, Merck's arguments and supporting material contained in its Notice of Removal with respect to the claim that this defendant physician was fraudulently joined. Wherefore, this defendant respectfully moves that this Court enter an Order pursuant to Federal Rules of Civil Procedure 54(b) dismissing this physician defendant.

WHEREFORE, PREMISES CONSIDERED, Dr. Casals, moves that this Court find that this defendant physician was fraudulently joined and dismiss him as a defendant in this case pursuant to Federal Rules of Civil Procedure 54(b).

Respectfully Submitted;

s/L. Ben Morris
Randal H. Sellers
ASB-3398-E56R
L. Ben Morris
ASB-1786-A52M
Starnes & Atchison LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, Alabama 35259-8512
Telephone: (205) 868-6000
Fax: (205) 868-6099
E-mail:Rsellers@starneslaw.com
E-mail: lbm@starneslaw.com

{B0583599}

## CERTIFICATE OF SERVICE

      I hereby certify that on March 31, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send electronic notification of such filing to the following:

Tom Dutton, Esq.
Pittman, Hooks, Dutton, Kirby & Hellums
2001 Park Place North
1100 Park Place Tower
Birmingham, AL  35203

Philip H. Butler, Esquire
William C. McGowin, Esquire
George R. Parker, Esquire
BRADLEY ARANT ROSE & WHITE LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104

F.M. "Tripp" Hastings, Esquire
BRADLEY ARANT ROSE & WHITE LLP
Post Office Box 830709
Birmingham, AL 35283

                                    s/L. Ben Morris
                                    L. Ben Morris
                                    ASB-1786-A52M
                                    Starnes & Atchison LLP
                                    100 Brookwood Place, 7th Floor
                                    P.O. Box 598512
                                    Birmingham, Alabama 35259-8512
                                    Telephone: (205) 868-6000
                                    Fax: (205) 868-6099
                                    E-mail: lbm@starneslaw.com

{B0583599}