IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ISAAC HENDRIX, SR., as Personal Representative of Estate of Essie Mae Hendrix, deceased, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:06cv265-SRW |
| MERCK & CO., INC., et al., | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of defendant's motion to dismiss (Doc. # 11), filed March 31, 2006, and for good cause, it is

ORDERED that plaintiff may respond to the motion on or before April 19, 2006.

Done, this 31st day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE