**Hughes Hubbard & Reed LLP**

One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726



March 28, 2006

<u>VIA FEDERAL EXPRESS</u>

Michael J. Beck, Esq.
Catherine Maida
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E. Room G-255, North Lobby
Washington, D.C. 20002-8004

   Re: <u>In re: Vioxx® Marketing, Sales Practices and Products
      Liability Litigation, MDL Docket No. 1657</u>

Dear Sir and Madam:

  Pursuant to J.P.M.L. Rule 7.5(e), Merck hereby notifies the Panel of potential "tag-along" actions." This letter is Merck's 116th notification of potential "tag-along actions" and includes cases that have recently been filed in or removed to federal court. Courtesy copies of the complaints and docket sheets for these cases are enclosed.

1. *Hendrix v. Merck & Co., Inc. et al.*, C.A. No. 2:06-cv-00265 (M.D. Ala.)
2. *Devers v. Merck & Co., Inc. et al.*, C.A. No. 2:06-cv-00617 (E.D. Cal.)
3. *Beckett v. Merck & Co., Inc.*, C.A. No. 3:06-cv-00243 (S.D. Ill.)
4. *Shore v. Merck & Co., Inc.*, C.A. No. 1:06-cv-00091 (N.D. Ind.)
5. *Hatcher v. Merck & Co., Inc.*, C.A. No. 4:06-cv-00104 (S.D. Iowa)
6. *Donahue v. Merck & Co., Inc.*, C.A. No. 1:06-cv-00693 (D. Md.)
7. *Miller v. Merck & Co., Inc.*, C.A. No. 1:06-cv-00694 (D. Md.)
8. *Whitall v. Merck & Co., Inc.*, C.A. No. 1:06-cv-00692 (D. Md.)
9. *Small et al., v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01253 (E.D. Pa.)
10. *Andrews et al., v. Merck & Co., Inc.*, C.A. No. 2:06-cv-00118 (E.D. Tex.)
11. *Carlson v. Rose et al.*, C.A. No. 2:05-cv-00251 (D. Utah)

  There is one new case that involves claims relating to prescription drugs other than Vioxx.

1. *Baggaley v. Pfizer, Inc. et al.*, C.A. No. 1:06-cv-01989 (S.D. N.Y.)

47, Avenue Georges Mandel 1775 I Street, N.W. 350 South Grand Avenue 201 South Biscayne Boulevard Akasaka Tokyu Building 6F 101 Hudson Street
75116 Paris, France Washington, D.C. Los Angeles, California Miami, Florida 2-14-3 Nagata-cho, Chiyoda-ku Jersey City, New Jersey
(33) (1) 44.05.80.00 20006-2401 90071-3442 33131-4332 Tokyo 100-0014 Japan 07302-3918
 202-721-4600 213-613-2800 305-358-1666 (81) (3) 3539-2771 201-536-9220

M005196422

Hughes Hubbard & Reed LLP

There is one new case filed in the transferee court.

1. *Horne et al., v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01432 (E.D. La.)

Additionally, pursuant to J.P.M.L. Rule 7.2(f), we hereby notify the Panel of the following developments pertaining to actions that are currently the subject of Panel consideration.

1. *Leverett v. Merck & Co., Inc. et al.*, C.A. No. 3:06-cv-00128 (M.D. Ala.) was remanded to the Circuit Court of Tallapoosa County, Alabama on March 15, 2006.
2. *Garcia et al., v. Merck & Co., Inc. et al.*, C.A. No. 2:06-cv-00053 (S.D. Tex) was remanded to the 79th Judicial District Court of Jim Wells County, Texas on March 7, 2006.

Respectfully submitted,

Cecily C. Williams

CCW/eas

Enclosures

2