A CERTIFIED TRUE COPY
MAY 23 2005
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 MAY 27 PM 1:52
LORETTA G. WHYTE
CLERK

EXHIBIT D
ALL-STATE LEGAL

FILED
2005 Jun 22 AM 09:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED
2005 Jun 28 AM 10:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

DOCKET NO. 1657

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
MAY - 5 2005
FILED
CLERK'S OFFICE

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE VIOXX PRODUCTS LIABILITY LITIGATION

#### (SEE ATTACHED SCHEDULE)

#### CONDITIONAL TRANSFER ORDER (CTO-9)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 350 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, ___F.Supp.2d___ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.
MAY 23 2005
CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY
JUN 2005
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

# SCHEDULE CTO-9 - TAG- ALONG ACTIONS
# DOCKET NO. 1657
# IN RE VIOXX PRODUCTS LIABILITY LITIGATION

| DISTRICT DIV. C.A.# | | EDLA SEC L/3 |
|---|---|---|
| **ALABAMA NORTHERN** | | |
| ALN  1  05-643 | Richard J. Harris v. Merck & Co., Inc. | 05-1979 |
| ALN  2  05-586 | Herman D. Spivey, et al. v. Merck & Co., Inc. | 05-1980 |
| ALN  2  05-672 | Mary J. McMeans, et al. v. Merck & Co., Inc. | 05-1981 |
| ALN  4  05-572 | Pamela Mitchell v. Merck & Co., Inc., et al. | 05-1982 |
| ~~ALN  4  05-642~~ | ~~Curtis E. Gentry v. Merck & Co., Inc.~~ | ~~05-1983~~ |
| (ALN  4  05-680 | Kenneth Roden v. Merck & Co., Inc. | 05-1984) |
| ~~ALN  6  05-641~~ | ~~Linda K. Tidwell v. Merck & Co., Inc.~~ | ~~05-1985~~ |
| **ALABAMA SOUTHERN** | | |
| ALS  1  05-211 | Cathy Larrimore Constantino, et al. v. Merck & Co., Inc. | 05-1986 |
| **ARKANSAS EASTERN** | | |
| ARE  3  05-44 | Carl Kelley v. Merck & Co., Inc. | 05-1987 |
| ARE  3  05-46 | Ronald Meeker, et al. v. Merck & Co., Inc. | 05-1988 |
| ARE  4  05-514 | Leslie Kay Gourley, etc. v. Merck & Co., Inc. | 05-1989 |
| **ARIZONA** | | |
| AZ  2  05-716 | Adelene M. Hubbs v. Merck & Co., Inc. | 05-1990 |
| **CALIFORNIA CENTRAL** | | |
| CAC  2  05-1825 | Brian Axelson v. Merck & Co., Inc. | 05-1991 |
| ~~CAC  2  05-1843~~ | ~~Valerie Noriega, et al. v. Merck & Co., Inc., et al.~~ Vacated 5/19/05 | |
| CAC  2  05-2051 | Maria Ceballos, et al. v. Merck & Co., Inc. | 05-1992 |
| **CALIFORNIA EASTERN** | | |
| CAE  2  05-606 | Allen Hurlburt v. Merck & Co., Inc. | 05-1993 |
| ~~CAE  2  05-656~~ | ~~Leonard Lagden v. Merck & Co., Inc., et al.~~ Opposed 5/23/05 | |
| CAE  2  05-660 | Larry Graham v. Merck & Co., Inc., et al. | 05-1994 |
| **CALIFORNIA NORTHERN** | | |
| CAN  3  05-1196 | Vivian Machun, et al. v. Merck & Co., Inc. | 05-1995 |
| ~~CAN  3  05-1256~~ | ~~Nora Olson, et al. v. Merck & Co., Inc., et al.~~ Opposed 5/13/05 | |
| **CALIFORNIA SOUTHERN** | | |
| CAS  3  05-570 | Elaine Casey v. Merck & Co., Inc., et al. | 05-1996 |
| **CONNECTICUT** | | |
| CT  3  05-491 | Marianne Chambers, et al. v. Merck & Co., Inc., et al. | 05-1997 |
| CT  3  05-529 | Timothy A. Baskay, et al. v. Merck & Co., Inc. | 05-1998 |
| CT  3  05-541 | Carol Ann Silva, et al. v. Merck & Co., Inc. | 05-1999 |
| ~~CT  3  05-543~~ | ~~JoAnn Malek v. Eric Rosenberg, M.D., et al.~~ Opposed 5/23/05 | |
| **DISTRICT OF COLUMBIA** | | |
| DC  1  04-2188 | James C. Houston v. Merck & Co., Inc., | 05-2000 |
| **FLORIDA MIDDLE** | | |
| ~~FLM  6  05-449~~ | ~~Conchita Merced-Torres, et al. v. Merck & Co., Inc., et al.~~ Opposed 5/17/05 | |
| ~~FLM  6  05-472~~ | ~~Samuel Diaz, et al. v. Merck & Co., Inc.~~ Opposed 5/17/05 | |