IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ISAAC HENDRIX, SR., etc., )<br>  )<br>   Plaintiff, )<br>  )<br> v. )<br>  )<br> MERCK & CO., INC., )<br> et al., )<br>  )<br>   Defendants. ) | CIVIL ACTION NO.<br>2:06cv265-MHT |

ORDER

This lawsuit, which was removed from state to federal court based on diversity-of-citizenship jurisdiction, 28 U.S.C. §§ 1332, 1441, is now before the court on plaintiff's motion to remand. The court agrees with plaintiff that this case should be remanded to state court. First, there has not been <u>fraudulent joinder</u> of any resident defendant (that is, plaintiff has colorable claims against such a defendant), see <u>Coker v. Amoco Oil Co.</u>, 709 F.2d 1433, 1440 (11th Cir. 1983); <u>Cabalceta v. Standard Fruit Co.</u>, 883 F.2d 1553, 1561 (11th Cir. 1989).

Second, there has not been <u>fraudulent misjoinder</u> of any resident defendant (that is, plaintiff has reasonably joined such a defendant with other defendants pursuant to Rule 20 of the Federal Rules of Civil Procedure), see <u>Tapscott v. MS Dealer Service Corp.</u>, 77 F.3d 1353, 1360 (11th Cir. 1996).

    Accordingly, it is the ORDER, JUDGMENT, and DECREE of the court that plaintiff's motion to remand (doc. no. 7) is granted and that, pursuant to 28 U.S.C. § 1447(c), this cause is remanded to the Circuit Court of Montgomery County, Alabama, for want of subject-matter jurisdiction.

    It is further ORDERED that the motion to stay (Doc. No. 5) and the motion to expedite (Doc. No. 8) are denied.

    It is further ORDERED that all other outstanding motions are left for disposition by the state court after remand.

**The clerk of the court is DIRECTED to take appropriate steps to effect the remand.**

**DONE, this the 21st day of April, 2006.**

                                            /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**